Law Office of Brian C. Andritch
Brian C. Andritch , CA SBN 203808
2140 Merced Street, Suite 105
Fresno, California  93721
Tel.    (559) 495-0200
Fax.    (559) 495-0123

Attorney for Defendant
        Yesenia Lopez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>        Plaintiff,                        )<br>                                                        )<br>        v.                                          )<br>                                                        )<br>YESENIA LOPEZ,                  )<br>                                                        )<br>        Defendant.            ) | No. 2:19-MJ-00209-AC-3<br><br>STIPULATION AND ORDER<br>REGARDING CONDITIONS<br>OF RELEASE |

It is hereby agreed to by the Government and Ms. Taifa Gaskins that the defendant's condition of release includes:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

DATED: December 16, 2019                    /s/ Timothy Howard Delgado
                                                                  Assistant United States Attorney

| | |
|---|---|
| Dated:  December 16, 2019 | /s/ Brian C. Andritch <br> Brian C. Andritch <br> Attorney for Defendant |

IT IS SO ORDERED.

Dated:  December 17, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE