1  Law Office of Brian C. Andritch
   Brian C. Andritch, CA SBN 203808
2  2140 Merced Street, Suite 105
   Fresno, California 93721
3  Tel.  (559) 495-0200
   Fax.  (559) 495-0123
4
   Attorney for Defendant
5       Yesenia Lopez
6
7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,    )
11                              )
          Plaintiff,             )   No. 2:19-MJ-00209-AC-3
12                              )
      v.                         )   STIPULATION AND ORDER
13                              )   REGARDING CONDITIONS
   YESENIA LOPEZ,                )   OF RELEASE
14                              )
          Defendant.             )
15
16
17     It is hereby agreed to by the Government and Ms. Taifa Gaskins that the

defendant's condition of release includes:

     You must participate in a program of medical or psychiatric treatment, including

treatment for drug or alcohol dependency, as approved by the pretrial services officer.

You must pay all or part of the costs of the counseling services based upon your ability to

pay, as determined by the pretrial services officer.

     All other previously imposed conditions of release, not in conflict with this order,

remain in full force and effect.

DATED: December 16, 2019          /s/ Timothy Howard Delgado
                                  Assistant United States Attorney

-1-

| | | |
|---|---|---|
| Dated: December 16, 2019 | | /s/ Brian C. Andritch |
| | | Brian C. Andritch |
| | | Attorney for Defendant |

IT IS SO ORDERED.

Dated: December 17, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE