1 | Law Office of Brian C. Andritch
2 | Brian C. Andritch , CA SBN 203808
2 | 2140 Merced Street, Suite 105
3 | Fresno, California  93721
3 | Tel.    (559) 495-0200
  | Fax.   (559) 495-0123
4 |
  | Attorney for Defendant
5 |         Yesenia Lopez

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 2:19-cr-00231-WBS-3 |
| | ) | |
| v. | ) | AMENDED STIPULATION AND ORDER |
| | ) | REGARDING CONDITIONS |
| YESENIA LOPEZ, | ) | OF RELEASE |
| | ) | |
| Defendant. | ) | |

It is hereby agreed to by the Government and Mr. Darryl Walker, U.S Pretrial

Services Intensive Supervision Specialist, that the

defendant's condition of release be modified as follows:

1. Remove the requirement of the third-party custodian, Harold Breaux;

2. Third-party custodian Harold Breaux will no longer be a signee designated

///

///

///

///

-1-

as the Surety/property owner on the Appearance Bond.

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

DATED: June 3, 2020            /s/ David Spencer
                               Assistant United States Attorney

DATED:  June 3, 2020           /s/ Brian C. Andritch
                               Brian C. Andritch
                               Attorney for Defendant

IT IS SO ORDERED.

Dated: June 4, 2020            _____
                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE