Law Office of Brian C. Andritch
Brian C. Andritch, CA SBN 203808
2140 Merced Street, Suite 105
Fresno, California 93721
Tel.   (559) 495-0200
Fax.   (559) 495-0123

Attorney for Defendant
    Yesenia Lopez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>YESENIA LOPEZ, )<br>)<br>       Defendant. ) | No. 2:19-CR-231-WBS-3<br><br>STIPULATION AND ORDER<br>REGARDING CONDITIONS<br>OF RELEASE |

It is hereby agreed to by the Government and Mr. Darryl Walker, U.S Pretrial Services Intensive Supervision Specialist, that the defendant's condition of release be modified as follows:

1. Pretrial Services recommends that the Location Monitoring condition and Curfew condition be terminated.

2. In light of Pretrial Services' recommendation, the government does not object.

///

///

///

///

-1-

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

DATED: November 9, 2020          /s/ David Spencer
                                 Assistant United States Attorney

DATED:  November 9, 2020         /s/ Brian C. Andritch
                                 Brian C. Andritch
                                 Attorney for Defendant

IT IS SO ORDERED.

Dated:  November 9, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# 3rd AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Lopez, Yesenia
No.: 2:19-CR-231-WBS-3
Date: November 9, 2020

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must not associate or have any contact with any codefendants, including family members, and Hilda Lopez, Cathy Walker and Juanita Sanchez, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services officer; and

13. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.