LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOSE MAYO RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSE ENCARNACION MAYO RODRIGUEZ, SYLVIA ZAMBRANO, YESENIA LOPEZ, MARIA LUISA ESCAMILLA LOPEZ, JUAN CHAVARRIA, JUAN RAMON LOPEZ, NEREYDA ALVAREZ, PHILLIP ALLEN BAILEY, and CHARLES JAMES BILLINGSLEY,<br><br>　　　　　Defendants. | Case No.: 2:19-cr-231 WBS<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　January 25, 2021<br>Time:　　9:00 a.m.<br>Court:　　Hon. William B. Shubb |

　　　This is a case charging conspiracy to distribute methamphetamine and heroin. It is presently set for status conference involving all nine defendants on January 25, 2021. The government has provided voluminous discovery consisting of more than 4400 pages of material, including hours of video and audio recordings.

ORDER CONTINUING STATUS
CONFERENCE

Many of the events at issue in the case occurred in San Joaquin County, with additional matters occurring in Southern California and the San Francisco Bay Area. Defense investigation into the charged events can fairly be characterized as state-wide in scope.

During most of the period that this case has been pending national events related to the spread of COVID-19 occurred. Federal and state authorities have issued directives designed to address the pandemic. These directives have hampered the ability of the defense to conduct investigation as to potential defenses in this matter. Additional time is therefore required for defense investigation into matters charged in the Indictment.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Cameron Desmond, and Attorney Todd Leras on behalf of Defendant Jose Mayo Rodriguez, Attorney Christopher Cosca on behalf of Defendant Sylvia Zambrano, Attorney Brian Andritch on behalf of Defendant Yesenia Lopez, Attorney Dina Santos on behalf of Defendant Maria Escamilla Lopez, Attorney Armando Villapudua on behalf of Defendant Juan Chavarria, Attorney Philip Cozens on behalf of Defendant Juan Lopez, Attorney David Garland on behalf of Defendant Nereyda Alvarez, Attorney Michael Chastaine on behalf of Defendant Phillip Bailey, and Attorney Johnny Griffin, III, on behalf of Defendant Charles Billingsley, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for January 25, 2021. The parties request to continue the status conference to May 3, 2021, at 9:00 a.m., and to exclude time between January 25, 2021 and May 3, 2021, inclusive, under Local Code T-4. The United States does not oppose this request.

2. Based on the above-stated facts regarding the volume of discovery and the time

ORDER CONTINUING STATUS
CONFERENCE

required for defense investigation, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 25, 2021 to May 3, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Cameron Desmond and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it via email or phone confirmation on their behalf.

DATED: January 19, 2021

By    */s/ Todd D. Leras for*
     CAMERON DESMOND
     Assistant United States Attorney

DATED: January 19, 2021

By    */s/ Todd D. Leras*
     TODD D. LERAS
     Attorney for Defendant
     JOSE MAYO RODRIGUEZ

DATED: January 19, 2021

ORDER CONTINUING STATUS CONFERENCE

|   |   |
|---|---|
|   | By  */s/ Todd D. Leras for*<br>CHRISTOPHER R. COSCA<br>Attorney for Defendant<br>SYLVIA ZAMBRANO |
| DATED:  January 19, 2021 |   |
|   | By  */s/ Todd D. Leras for*<br>BRIAN ANDRITCH<br>Attorney for Defendant<br>YESENIA LOPEZ |
| DATED:  January 19, 2021 |   |
|   | By  */s/ Todd D. Leras for*<br>DINA L. SANTOS<br>Attorney for Defendant<br>MARIA ESCAMILLA LOPEZ |
| DATED:  January 20, 2021 |   |
|   | By  */s/ Todd D. Leras*<br>ARMANDO VILLAPUDUA<br>Attorney for Defendant<br>JUAN CHAVARRIA |
| DATED:  January 20, 2021 |   |
|   | By  */s/ Todd D. Leras for*<br>PHILIP COZENS<br>Attorney for Defendant<br>JUAN RAMON LOPEZ |
| DATED:   January 19, 2021 |   |
|   | By  */s/ Todd D. Leras for*<br>DAVID GARLAND<br>Attorney for Defendant<br>NEREYDA ALVAREZ |
| DATED:  January 20, 2021 |   |
|   | By  */s/ Todd D. Leras for*<br>MICHAEL CHASTAINE<br>Attorney for Defendant<br>PHILLIP BAILEY |
| DATED:   January 19, 2021 |   |

ORDER CONTINUING STATUS CONFERENCE

By    */s/ Todd D. Leras for*
       JOHNNY GRIFFIN, III
       Attorney for Defendant
       CHARLES BILLINGSLEY

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for January 25, 2021, is vacated. A new status conference is scheduled for May 3, 2021, at 9:00 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 25, 2021, up to and including May 3, 2021.

IT IS SO ORDERED.

DATED: JANUARY 20, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE