PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
DAVID W. SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ENCARNACION MAYO RODRIGUEZ,<br>SYLVIA ZAMBRANO,<br>MARIA LUISA ESCAMILLA-LOPEZ,<br>JUAN CHAVARRIA,<br>JUAN RAMON LOPEZ,<br>NEREYDA ALVAREZ,<br>CHARLES JAMES BILLINGSLEY, JR.,<br><br>Defendants. | CASE NO. 2:19-CR-0231-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 6, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on December 6, 2021.

2. By this stipulation, defendants now move to continue the status conference until March 7, 2022 at 9:00 a.m., and to exclude time between December 6, 2021, and March 7, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 4400 pages of documents, including investigative reports, photographs, cell phone

records, and other materials, as well as numerous audio and video recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Many of the events at issue in the case occurred in San Joaquin County, with additional matters occurring in Southern California and the San Francisco Bay Area. Defense investigation into the charged events can fairly be characterized as state-wide in scope.

      c)      During most of the period that this case has been pending national events related to the spread of COVID-19 occurred. Federal and state authorities have issued directives designed to address the pandemic. These directives have hampered the ability of the defense to conduct investigation as to potential defenses in this matter. Additional time is therefore required for defense investigation into matters charged in the Indictment.

      d)      On or about August 16, 2021, defendant Juan Chavarria retained new counsel, Clemente Jimenez, to represent him in this matter due to a potential conflict identified by defendant Chavarria's existing counsel, Armando Villapudua.  Mr. Jimenez filed a substitution of counsel on August 17, 2021 (ECF No. 179).

      e)      Counsel for defendants desire additional time to conduct factual investigation and legal research into potential defenses and trial and sentencing issues, to review the discovery, to consult with their clients, and to otherwise prepare for trial.

      f)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      g)      The government does not object to the continuance.

      h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2021 to March 7, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 1, 2021                           PHILLIP A. TALBERT
                                                   Acting United States Attorney


                                                    /s/ DAVID W. SPENCER
                                                   DAVID W. SPENCER
                                                   Assistant United States Attorney


Dated:  December 1, 2021                            /s/ Todd D. Leras
                                                   TODD D. LERAS
                                                   Law Office of Todd D. Leras
                                                   *Attorney for defendant Jose Encarnacion*
                                                      *Mayo Rodriguez*


Dated:  December 1, 2021                            /s/ Christopher R. Cosca
                                                   CHRISTOPHER R. COSCA
                                                   Christopher R. Cosca, Attorney-at-Law
                                                   *Attorney for defendant Sylvia Zambrano*


Dated:  December 1, 2021                            /s/ Dina Lee Santos
                                                   DINA LEE SANTOS
                                                   Law Offices of Dina L. Santos
                                                   *Attorney for defendant Maria Luisa Escamilla-*
                                                      *Lopez*


Dated:  December 1, 2021                            /s/ Clemente Jimenez
                                                   CLEMENTE JIMENEZ
                                                   Law Office of Clemente M. Jimenez
                                                   *Attorney for defendant Juan Chavarria*

Dated:  December 1, 2021          */s/ Phillip Cozens*_____
                                  PHILLIP COZENS
                                  Phillip Cozens, Attorney-at-Law
                                  *Attorney for defendant Juan Ramon Lopez*

Dated:  December 1, 2021          */s/ David M. Garland*_____
                                  DAVID M. GARLAND
                                  Law Office of David Garland
                                  *Attorney for defendant Nereyda Alvarez*

Dated:  December 1, 2021          */s/ Johnny L. Griffin, III*____
                                  JOHNNY L. GRIFFIN, III
                                  Law Offices of Johnny L. Griffin, III
                                  *Attorney for defendant Charles J. Billingsley, Jr.*

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  December 3, 2021          _____
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE